

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



Molly C. Dwyer
Clerk of Court

# FILED

JUL 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number: 26-4629
Originating Case Number: 2026-0464
Case Title: State of California v. Pipeline and Hazardous Materials Safety Administration, et al.

Dear Petitioner(s)/Counsel

The United States Court of Appeals for the Ninth Circuit has received your petition for review and assigned the docket number above to your case. Please include this docket number on every filing you submit and in any communication you have with the court about this case.

You are the petitioner(s) in this court because you filed the petition for review. You must file an opening brief, and you may file a reply brief after the government files their answering brief. The brief due dates are listed in the attached Briefing Schedule. These dates can be extended only by court order.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**BRIEFING SCHEDULE**

Docket Number:          26-4629
Originating Case Number:  2026-0464
Case Title:             State of California v. Pipeline and Hazardous Materials
                        Safety Administration, et al.

**7/27/2026**
State of California                                  Mediation Questionnaire due

**10/9/2026**
State of California                                  Petitioner Opening Brief due

**11/9/2026**
Sean Duffy                                           Respondent Answering Brief due
Paul Roberti                                         Respondent Answering Brief due
United States Department of                          Respondent Answering Brief due
Transportation
Pipeline and Hazardous Materials Safety             Respondent Answering Brief due
Administration

The optional reply brief is due 21 days after the answering brief is served.  See
Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation
Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* 9th Cir. R. 42-1.