**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>*Petitioner*,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, U.S. Department of Transportation, et al.,<br><br>*Respondents*. | No. 26-4629 |

**CERTIFIED INDEX TO THE**
**ADMINISTRATIVE RECORD**

The undersigned, Thomas Correll, Associate Administrator for Pipeline Safety, Pipeline and Hazardous Materials Safety Administration ("PHMSA"), an operating administration of the U.S. Department of Transportation, hereby certifies that the materials described in the attached list constitute the complete administrative record supporting the Special Permit issued by PHMSA on June 26, 2026, and PHMSA's superseding jurisdictional determination issued on the same date.

I certify to the best of my knowledge and belief that the foregoing is true and correct.

Executed on 8/31/26 in Washington, D.C.

THOMAS GEORGE CORRELL
Digitally signed by THOMAS GEORGE CORRELL
Date: 2026.08.31 11:48:48 -04'00'

Thomas Correll
Associate Administrator for Pipeline Safety
Pipeline and Hazardous Materials Safety Administration
U.S. Department of Transportation

## I. ADMIINISTRATIVE RECORD DOCUMENTS ALREADY PROVIDED

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBERS | FILE NAME |
|---|---|---|---|
| October 18, 2001 | Liquid Pipeline Interstate/Intrastate Delineation Maps | 2026-000001–2026-000006 | Liquid Pipeline Interstate-Intrastate Delineation |
| May 21, 2015 | PHMSA Corrective Action Order | 2026-000007 – 2026-000015 | 520155011H_Corrective Action Order_05212015 |
| June 3, 2015 | Amendment No. 1 to Corrective Action Order | 2026-000016 – 2026-000022 | 520155011H_Amended Corrective Action Order_06032015 |
| November 12, 2015 | Amendment No. 2 to Corrective Action Order | 2026-000023 – 2026-000029 | 520155011H_Amendment No 2 Corrective Action Order_11122015 |
| May 2016 | PHMSA Failure Investigation Report: Plains Pipeline, LP, Line 901 Crude Oil Release, May 19, 2015, Santa Barbara County, California | 2026-000030 – 2026-000539 | PHMSA_Failure_Investigation_Report_Plains_Pipeline_LP_Line_901_Public |
| May 18, 2016 | Letter from Zach Barrett, Director for State Programs, PHMSA, to Bob Gorham, Program Manager, Pipeline Safety Division, California State Fire Marshal | 2026-000540–2026-000542 | Letter from Zach Barrett to Bob Gorham |
| June 16, 2016 | Amendment No. 3 to Corrective Action Order | 2026-000543 – 2026-000553 | 520155011H_Amendment No 3 to the Corrective Action Order_061620116 |
| March 13, 2020 | Complaint - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 2026-000554 – 2026-000605 | DN 1 Complaint |
| March 13, 2020 | Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 2026-000606–2026-000707 | Plains Consent Decree - Civil Action No 2 20-cv-02415 |
| August 19, 2020 | United States' Memorandum in Support of Motion to Enter Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 2026-000708–2026-000817 | DN 28 Motion to Enter CD with public comments and response to comments |
| August 19, 2020 | Exhibit 4 to United States' Memorandum, Christopher J. Hoidal, PHMSA, Declaration - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 2026-000818–2026-000825 | DN 28-4 Christopher Hoidal Declaration ISO Motion to Enter CD |

| | | | |
|---|---|---|---|
| August 19, 2020 | Exhibit 5 to United States' Memorandum, Karen A. Butler, PHMSA, Declaration - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 2026-000826–2026-000830 | DN 28-5 Karen A Butler Declaration ISO Motion to Enter CD |
| October 14, 2020 | Order to Enter Consent Decree - United States et al. v. Plains Pipeline et al., Civil Action No. 2:20-cv-02415 | 2026-000831–2026-000832 | DN 33 Order entering lodged Consent Decree at DN 6-1 |
| October 29, 2020 | Corrective Action Order Closure Letter | 2026-000833 | 520155011H_Closure Letter_10292020 |
| July 27, 2022 | Certificate of Completion Inspect Valves | 2026-000834 | Inspect Valves OQ-Ryan Dunehew - REDACTED |
| October 14, 2022 | Notification of Transfer of Assets to Pacific Pipeline and Assumption Agreement | 2026-000835–2026-000842 | 10-14-22 Plains to Pacific Pipeline Sale and CD Assumption Agreement |
| March 31, 2023 | Consent Decree Bi-Annual Report | 2026-000843–2026-000846 | Pacific Pipeline Company Consent Decree Bi-Annual Report - March 31, 2023 FINAL |
| July 2023 | Final Pipeline Report – UltraScan WM+ Pipeline: 24-inch L901 Las Flores-Gaviota | 2026-000847–2026-000964 | 324 UT Dec 2022 BakerHughes EMPCo-Desktop-VAPADFU-REDACTED |
| July 2023 | Final Pipeline Report – UltraScan WM+Pipeline: 24-inch L901 Las Flores - Gaviota | 2026-000965–2026-001082 | 324 UT Dec 2022 BakerHughes EMPCo - REDACTED |
| September 28, 2023 | Consent Decree Bi-Annual Report | 2026-001083–2026-001086 | Pacific Pipeline Company-CD Bi-Annual Report 9-29-2023 SIGNED |
| September 20, 2023 | Cal Fire – Office of the State Fire Marshall 2024 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2024 | 2026-001087–2026-001107 | CASFM_2024_HL_Grant_App_Review |
| November 22, 2023 | New MagneScan Inspection Report for 30 inch Nitrogen Pipeline C325A: Gaviota to Sisquoc | 2026-001108–2026-001308 | C325A MFL-A Sept 2023 BakerHughes EMPCo - REDACTED |
| November 27, 2023 | New MagneScan Inspection Report for 30 inch Nitrogen Pipeline CA325B2: MP 75.4 to Pentland Station | 2026-001309–2026-001499 | CA325B2 – MFL-A Oct 2023 MP 75.4 to Pentland Baker Hughes EMPCo - REDACTED |
| December 4, 2023 | New MagneScan Inspection Report for 30 inch Nitrogen Pipeline CA325B1: Sisquoc to MP 75.4 | 2026-001500–2026-001667 | CA325B1 – MFL-A Oct 2023 Sisquoc to MP 75.4 Baker Hughes EMPCo - REDACTED |
| January 2024 – November 2025 | Critical Bond Readings (2024-2025) | 2026-001668 | Critical Bond Readings (2024-2025) - REDACTED |

| | | | |
|---|---|---|---|
| January 2024 – November 2025 | Rectifier Inspections (2024-2025) | 2026-001669–2026-001671 | Rectifier Inspections (2024-2025) - REDACTED |
| February 19, 2024 | Notification of Transfer of Assets to Sable Offshore and Assumption Agreement | 2026-001672–2026-001679 | Civil Action No2-20-CV-02415 Consent Decree - Assumption |
| March 31, 2024 | Consent Decree Bi-Annual Report | 2026-001680–2026-001683 | Consent Decree Bi-Annual Report 3.31.24 |
| April 2024 – October 2025 | Cathodic Protection Readings (2024-2025) | 2026-001684–2026-001687 | Cathodic Protection Readings (2024-2025) - REDACTED |
| April 22, 2024 | Atmospheric Inspection Report | 2026-001688–2026-002076 | 2024 Atmospheric inspections - REDACTED |
| April 24, 2024 | Sable application to OSFM for state waivers for CA-324 and CA-325 | 2026-002077–2026-002103 | CA-324 and CA-325 State Waiver Applications |
| May 7, 2024 | Pacific Pipeline Company Welding Procedure Specification (WMS) | 2026-002104–2026-002106 | Welding Procedure Specs CPBW-127-ALT 182026.56 - REDACTED |
| May 29, 2024 | Pacific Pipeline Company Welding Procedure Specification (WPS) | 2026-002107–2026-002110 | BW CPBW-127-ALT 5.7.24 PQR 5.29.24 - REDACTED |
| June 2024 (per Revision Log) | Las Flores Pipeline Tactical Plan | 2026-002111–2026-003324 | Las Flores Pipeline Tactical Response Plan – 2024 - REDACTED |
| June 12, 2024 | F-195.569: Exposed Pipeline & Internal Surface Inspection Report | 2026-003325–2026-003327 | Gifford Creek Exposure 195.569 6.12.24 - REDACTED |
| July 29, 2024 | Line CA-324 Restart Plan | 2026-003328–2026-003335 | Line 324 Restart Plan |
| July 29, 2024 | Line CA-325 Restart Plan | 2026-003336–2026-003343 | Line 325 Restart Plan |
| August 22, 2024 | Sable Offshore Public Awareness Plan | 2026-003344-2026-003405 | SOC Public Awareness Plan v.2 08.23.24_Signed |
| September 13, 2024 | Coating Inspection Report | 2026-003406-2026-003414 | Sable Offshore – Coating Report – 9.13.24 - MOV-610P(1) - REDACTED |
| September 19, 2024 | Aegeus Inspection Solutions | 2026-003415 | [NAME REDACTED] BU&BR-X70 PPC 9.19.24 Signed - REDACTED |
| September 19, 2024 | Aegeus Inspection Solutions | 2026-003416 | CH BU&BR-X70 PPC 9.19.24 Signed - REDACTED |
| September 25, 2024 | Cal Fire – Office of the State Fire Marshall 2025 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2025 | 2026-003417–2026-003436 | CASFM_2025_HL_Grant_App_Review |
| September 30, 2024 | Consent Decree Bi-Annual Report | 2026-003437–2026-003441 | Consent Decree Bi-Annual Report 9.30.24 |

| | | | |
|---|---|---|---|
| October 17, 2024 | Ultrasonic Thickness Survey Report | 2026-003442 | Sable Offshore_UTT_LAM SCAN_0182026.56 - REDACTED |
| October 17, 2024 | Weld Map | 2026-003443 | Weld Map 0325B-2023-0182026.56 - REDACTED |
| October 21, 2024 | Radiographic Examination Report | 2026-03444 | X-Ray Reader Sheet 182026.56 RT_SABLE_D.TORRES_LI N E_325B_PO PP2408485_10-21-2024 – REDACTED |
| October 25, 2024 | Below Ground Coating Report | 2026-003445–2026-003446 | Coating report 182026.56 - REDACTED |
| December 12, 2024 | Pacific Pipeline Operator Qualification Plan | 2026-003447–2026-003554 | PPC Operator Qualification Plan v.1 12.12.24 - REDACTED |
| December 17, 2024 | OSFM state waiver for CA-324 | 2026-003555–2026-003569 | CA-324 State Waiver Letter of Decision |
| December 17, 2024 | OSFM state waiver for CA-325 | 2026-003570–2026-003584 | CA-325 State Waiver Letter of Decision |
| December 18, 2024 | OSFM notification to PHMSA for no-objection process for CA-324 state waiver | 2026-003585–2026-003586 | CA-324 OSFM Letter of Decision Notification to PHMSA |
| December 18, 2024 | OSFM notification to PHMSA for no-objection process for CA-325 state waiver | 2026-003587–2026-003588 | CA-325 OSFM Letter of Decision Notification to PHMSA |
| December 20, 2024 | Report submitted to PHMSA for consideration of CA-324 and CA-325 state waivers | 2026-003589–2026-003614 | Accufacts Inc. Evaluation of Las Flores Pipeline System Startup Proposal |
| December 23, 2024 | Letter submitted by petitioner Center for Biological Diversity requesting PHMSA objection to CA-324 and CA-325 state waivers | 2026-003615–2026-003683 | CBD Request for Objection to CA-324 and CA-325 state waivers |
| December 31, 2024 | Post Inspection Written Preliminary Findings Dates of Inspection: 9/11/2024 - 12/13/2024 | 2026-003684 | Line CA-325AB Field IMP – PostInspection Written Preliminary Findings |
| January 20, 2025 | Executive Order 14156: Declaring a National Energy Emergency | 2026-003685–2026-003689 | 90 FR 8433 |
| February 11, 2025 | PHMSA letter to OSFM stating no objection to CA-324 state waiver | 2026-003690-2026-003691 | PHMSA no-objection letter to CA-324 state waiver |
| February 11, 2025 | PHMSA letter to OSFM stating no objection to CA-325 state waiver | 2026-003692–2026-003693 | PHMSA no-objection letter to CA-325 state waiver |
| February 26, 2025 | Weld Diagram from Repair | 2026-003694–2026-003695 | DIG LOC 56868.13 AS BUILT (1) – REDACTED |

| | | | |
|---|---|---|---|
| February 26, 2025 | Magnetic Particle Examination Report | 2026-003696 | Sable Offshore_MPI Report_324-2022-0056868.13 - REDACTED |
| February 26, 2025 | Ultrasonic Thickness Survey Report | 2026-003697 | Sable Offshore_UTT Report_Lam_Scan_324-2022-056868.13 - REDACTED |
| March 2025 | Sable Spill Prevention, Control, and Countermeasure (SPCC) Plan | 2026-003698–2026-003768 | Sable SPCC Plan (3-2025) |
| March 31, 2025 | Consent Decree Bi-Annual Report | 2026-003769 2026-003773 | Consent Decree Bi-Annual Report 3.31.25 |
| April 2, 2025 | OSFM letter to Sable conveying PHMSA non-objection to CA-324 state waiver | 2026-003774–2026-003775 | CA-324 OSFM Notification to Sable of PHMSA no-objection |
| April 2, 2025 | OSFM letter to Sable conveying PHMSA non-objection to CA-325 state waiver | 2026-003776–2026-003777 | CA-325 OSFM Notification to Sable of PHMSA no-objection |
| 2025 | Cover Letter – Hydro-Test Report 325A/325B Tie-In Pipe | 2026-003778 | CSFM Cover Letter – CSFM ID#25-07261 |
| April 3, 2025 | Hydro-Test Report – 325A/325B Tie-In Pipe | 2026-003779-2026-003844 | CSFM ID#25-07261 Test Report – ID#1742980140 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – CA-325A TS-3 | 2026-003845 | CSFM Cover Letter – CSFM ID# 25-07256 |
| April 14, 2025 | Hydro Test Report – CA-325 TS-3 | 2026-003846-2026-003911 | CSFM Test ID#25-07256 – Milbar Test Report - ID#1743268200 – REDACTED Copy |
| April 20, 2025 | Hydrotest Report Summary Review/Certification – Segment 4 | 2026-003912-2026-003915 | Certification 25-07275 - REDACTED |
| April 22, 2025 | Hydro Test Report – Section 4 | 2026-003916-2026-003967 | CSFM Test ID#25-07275 – Test Report - 1743620760 - REDACTED |
| 2025 | Line 325B Hydrotest Site 4-5 Dig Information | 2026-003968 | SITE 4-5-DIG-LOCATION-020825 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 5 | 2026-003969 | CSFM Cover Letter – CSFM ID#25-07283 |
| April 22, 2025 | Hydro Test Report – Segment 5 | 2026-003970-2026-004021 | Test Report – ID#1744569300 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 6 | 2026-004022 | CSFM Cover Letter – CSFM ID# 25-07295 |
| April 24, 2025 | Hydro Test Report – Segment 6 | 2026-004023-2026-004076 | CSFM ID#25-07295 – Test Report – ID#174235540 - REDACTED |
| May 1, 2025 | Sable Offshore Integrity Management Program (March 2025 cover page) | 2026-004077-2026-004160 | PPC HL Integrity Management Plan v.3 1May2025 - REDACTED |

| | | | |
|---|---|---|---|
| May 5, 2025 | Hydrostatic Test Plan Sable Offshore | 2026-004161-2026-004187 | SO-LFP-HST-PLN-0001 – Las Flores Pipeline Hydrotest (Lines 324-325A-325B) - IFE-Rev4 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 7 | 2026-004188 | CSFM Cover Letter – CSFM ID# 25-07298 |
| May 5, 2025 | Hydro Test Report – Section 7 | 2026-004189-2026-004248 | CSFM ID #25-07298 Test Report – ID#1745672280 – REDACTED |
| 2025 | Cover Letter – Hydro-Test Report Segment 1 | 2026-004249 | CSFM Cover Letter – CSFM ID#25-07317 |
| May 16, 2025 | Hydro-Test Report – Section 1 | 2026-004250-2026-004311 | Test Report -ID#1746608400 - REDACTED |
| 2025 | Cover Letter – Hydro Test Report – Segment 8 | 2026-004312 | CSFM Cover Letter – CSFM #25-07316 |
| May 13, 2025 | Hydro Test Report – Section 8 | 2026-004313-2026-004364 | CSFM Test ID #25-07316 – Test Report – ID #1746609660 - REDACTED |
| May 22, 2025 | Post Inspection Written Preliminary Findings Dates of Inspection: Various Dates from February 16, 2025 thru May 21, 2025 | 2026-004365-2026-004366 | PIWPF |
| 2025 | Cover Letter – Hydro Test Report – Segment 2 | 2026-004367 | CSFM Cover Letter – CSFM ID# 25-07349 |
| June 2, 2025 | Hydro Test Report – Segment 2 | 2026-004368-2026-004425 | CSFM ID#25-07349 Test Report – ID#174902480 - REDACTED |
| June 18, 2025 | Liquids HCA Analysis Results PPC and SYU 2025 | 2026-004426-2026-004449 | PPC and SYU HCA 2025 HCA Analysis Report - REDACTED |
| July 1, 2025 | Department of Transportation NEPA Procedures | 2026-004450-2026-004515 | DOT Order 5610.1D |
| July 8, 2025 | Lines 324, 325A, and 325B Fracture Testing | 2026-004516-2026-005192 | Sable Lines 324, 325A, and 325B Fracture Testing Final Report V1 - REDACTED |
| July 17, 2025 | Pacific Pipeline 2025 Annual Agency Exercise | 2026-005193-2026-005654 | 7-17-25 Pacific Pipeline Agency Exercise Documentation Report (1) - REDACTED |
| August 2025 | Sable Offshore Corrosion Under Insulation (CUI) Plan | 2026-005655-2026-005656 | PPC CUI Plan Aug 2025 |

| | | | |
|---|---|---|---|
| August 5, 2025 | Post Inspection Written Preliminary Findings Dates of Inspection: 3-29-25, 3-30-25, 3-31-25, 4-12-25, 4-13-25, 4-14-25, 4-15-25, 4-22-25, 5-1-25, 5-2-25, 5-9-25, 5-10-25, 5-11-25, 5-12-25, 5-13-25, 5-26-25, 5-27-25, and 5-28-25 | 2026-005657-2026-005658 | Sable IU 445A Field IMP Hydrotest State Waiver – PostInspection Written Preliminary Findings |
| August 8, 2025 | F-195.420(b): Block Valve Inspection | 2026-005659-2026-005661 | SDV30121 – POV30124 August 2025 - REDACTED |
| August 14, 2025 | Sable Offshore Damage Prevention Plan | 2026-005662-2026-005691 | SOC Damage Prevention Program v.3 08.14.25 (3) - REDACTED |
| August 19, 2025 | Letter Requesting Removal of Pressure Restrictions for Line CA-325 | 2026-005692-2026-005693 | Redacted Aug 2025 Pressure Waiver Request CA-325 |
| August 19, 2025 | Letter Requesting Removal of Pressure Restrictions for Line CA-324 | 2026-005694-2026-005695 | Redacted Aug 2025 Pressure Waiver Request CA-324 |
| August 19, 2025 | Certificate of Completion Inspect Valves | 2026-005696 | Inspect Valves OQ-Elijah Keener – REDACTED |
| August 20, 2025 | Sable Operations and Maintenance Manual | 2026-005697-2026-006172 | SOC Liquid Pipeline OM Manual v.2 08.20.25 (PPC) - REDACTED |
| August 20, 2025 | Liquid Operations & Maintenance Manual F-195.406: MOP Determination | 2026-006173-2026-006178 | PPC Liquid O&M Manual v2 08.20.25-MOP-Determination-324-Signed - REDACTED |
| August 20, 2025 | Liquid Operations & Maintenance Manual F-195.406: MOP Determination | 2026-006179-2026-006184 | PPC Liquid O&M Manual v2 08.20.25-MOP-Determination-325A-Signed - REDACTED |
| August 20, 2025 | Liquid Operations & Maintenance Manual F-195.406: MOP Determination | 2026-006185-2026-006190 | PPC Liquid O&M Manual v2 08.20.25-MOP-Determination-325B-Signed - REDACTED |
| August 25, 2025 | Line CA-324 and Line CA-325 Fill Plan and Startup Procedures | 2026-006191-2026-006232 | Redacted CA-324 and CA-325 Fill Plan and Start Up Procedures |
| August 28, 2025 | Las Flores Pipeline Data Manual (PDM) for Pipelines 324 & 325 | 2026-006233-2026-006302 | Updated Data Manual- Las Flores Pipeline Data Manual (PDM) for Pipelines 324 325 RevE-082825 - REDACTED |
| August 28, 2025 | Certificate of Completion Inspect, Test and Calibrate Relief Valves | 2026-006303 | Relief Valve OQ-Michael Lackey – REDACTED |
| September – October 2025 | Regulatory Work Order #430 | 2026-006304-2026-006306 | Valve Inspection 325B 2025 - REDACTED |
| September 2025 | Regulatory Work Order #431 | 2026-006307-2026-006309 | Valve Inspection 325A 2025 - REDACTED |

| | | | |
|---|---|---|---|
| September 2025 | Regulatory Work Order #432 | 2026-006310-2026-006312 | Valve Inspection 324 2025 - REDACTED |
| September 2, 2025 | Post Inspection Written Preliminary Findings Dates of Inspection: July 27-28, 2025 and August 5-9, 2025 and August 22, 2025 | 2026-006313-2026-006314 | PIWPF (002) |
| September 10, 2025 | The Las Flores Pipeline Linefill Contact List | 2026-006315 | Redacted Linefill Operations Contact List |
| September 10, 2025 | The Las Flores Pipeline Linefill Positioning Plan Assignments | 2026-006316 | Redacted Positioning Plan Assignments |
| September 11, 2025 | Liquids HCA and EFRD Analysis Specification Sable PPC and SYU 2025 | 2026-006317-2026-006329 | Geonamic Liquids HCA Analysis Specification PPC and SYU 2025_Rev1 - REDACTED |
| September 25, 2025 | Cal Fire – Office of the State Fire Marshall 2026 Hazardous Liquid Pipeline Safety Program 60105 Certification Submission 2026 | 2026-006330-2026-006339 | CASFM 2026 HL Base Grant Application - SIGNED |
| September 30, 2025 | Consent Decree Bi-Annual Report | 2026-006340-2026-006344 | Consent Decree Bi-Annual Report 9.30.25 |
| September 30, 2025 | Email regarding attendance list | 2026-006345-2026-006350 | #1724.1 |
| September 30, 2025 | Attachment: Attendance list | 2026-006351 | #6341.1 |
| October 1, 2025 | Air Patrol Report | 2026-006352-2026-006353 | SABLE 10.1.25 PL-1145S California - REDACTED |
| October 1, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: 09/08/2025; 09/10/2025; 09/15/2025; 09/16/2025 | 2026-006354 | Sable(Pacific)PIWPF |
| October 17, 2025 | Corrosion Growth Rate Analysis Procedure for Line 324, 325A, and 325B | 2026-006355-2026-006360 | Draft CGRA D2 SOC Oct 2025 - REDACTED |
| October 22, 2025 | Regulatory Work Order #1063 | 2026-006361-2026-006363 | PSV Record-324 - REDACTED |
| October 22, 2025 | Exposed Pipe Response Records | 2026-006364 | Exposed Pipe Response Records - REDACTED |
| October 22, 2025 | Letter from Cal. Office of State Fire Marshal to Sable Re State Waivers | 2026-006565-2026-006566 | OSFM-Letter-to-Sable |
| October 23, 2025 | Letter from Sable to Cal. Office of State Fire Marshal Re State Waivers | 2026-006567-2026-006570 | Sable-Letter-to-OSFM |
| October 24, 2025 | Email about tanks and attaching annual review | 2026-006371 | #1797.1 |
| October 24, 2025 | Attachment: Annual review | 2026-006372-2026-006378 | #6378.1_Redacted |

| | | | |
|---|---|---|---|
| October 29, 2025 | Air Patrol Report | 2026-006379-2026-006380 | SABLE 10.29.25 PL-1145S California - REDACTED |
| November 2, 2025 | F-195.420(b): Block Valve Inspection | 2026-006381-2026-006383 | HA- DOT SDV 700-1 Inspection 11-7-2025 - REDACTED |
| November 15, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: 09/02/2025, 09/03/2025, 09/04/2025, 09/05/2025, 09/08/2025 | 2026-006384 | Sable CRM Inspection – PostInspection Written Preliminary Findings |
| November 18, 2025 | Air Patrol Report | 2026-006385-2026-006386 | SABLE 11.18.25 PL-1145S California - REDACTED |
| November 21, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: 11/18/25 | 2026-006387-2026-006388 | PIWPF (003) |
| November 26, 2025 | Sable Letter to PHMSA Regarding Interstate Determination | 2026-006389-2026-006392 | Sable Letter to PHMSA Regarding Interstate Determination |
| December 2025 | PHMSA National Pipeline Mapping System, Public Viewer | 2026-006393 | PHMSA Map Viewer |
| December 2025 | Santa Ynez Unit Overview Slide Deck | 2026-006394-2026-006413 | SOCPresentation_PHMSA_Redacted_Final |
| December 2025 | Pacific Pipeline Company- Las Flores Pipeline – Lines 324 and 325 A/B – Valve Summary | 2026-006414 | PPC LFP Valve-Info-Mainline-Numbering System Dec 2025 – REDACTED |
| December 1, 2025 | Post Inspection Written Preliminary Findings<br>Dates of Inspection: October 6-10, 2025 | 2026-006415-2026-006416 | PIWPF (004) |
| December 1, 2025 | Email requesting information about prior inspections | 2026-006417-2026-006419 | #2559.1 |
| December 2, 2025 | Email about upcoming inspection | 2026-006420-2026-006422 | #2965.1 |
| December 3, 2025 | Email coordinating inspection | 2026-006423-2026-006427 | #5274.1 |
| December 3, 2025 | Email attaching spreadsheet of inspection activities | 2026-006428-2026-006430 | #2691.1 |
| December 3, 2025 | Attachment: spreadsheet of inspection activities | 2026-006431-2026-006432 | #7224.1 |
| December 4, 2025 | Regulatory Work Order #1066 | 2026-006433-2026-006435 | PSV Record 325B – Pentland - REDACTED |
| December 4, 2025 | Air Patrol Report | 2026-006436-2026-006443 | SABLE 12.4.25 PL-1145S California - REDACTED |
| December 5, 2025 | Post Inspection Written Preliminary Findings Dates of Inspection: November 17-20, 2025 | 2026-006444-2026-006445 | PIWPF 1 |
| December 8, 2025 | Email attaching question set | 2026-006446-2026-006448 | #1722.1 |

| | | | |
|---|---|---|---|
| December 8, 2025 | Attachment: question set | 2026-006449-2026-006471 | #6337.1 |
| December 8, 2025 | Email attaching list of topics | 2026-006472 | #1778.1 |
| December 8, 2025 | Attachment: list of topics | 2026-006473 | #6360.1 |
| December 8, 2025 | Email about Las Flores Canyon facility | 2026-006474-2026-006475 | #5239.1 |
| December 8, 2025 | Email with MOP and HCA information | 2026-006476-2026-006478 | #1741.1 |
| December 10, 2025 | Email providing pressure test information for CA-325A | 2026-006479-2026-006481 | #1810.1 |
| December 10, 2025 | Email with state waivers | 2026-006482 | #5270.1 |
| December 11, 2025 | PHMSA Inspection Output Report for December 9-11, 2025 inspection of Sable (Electronically generated April 29, 2026) | 2026-006483-2026-006507 | 2025_Sable Offshore Las Flores - Inspection Output IOR (2026-4-29 1777470238) |
| December 17, 2025 | PHMSA Interstate Determination | 2026-006508-2026-006510 | PHMSA Interstate Determination |
| December 19, 2025 | Email attaching written preliminary findings | 2026-006511 | #1643.1 |
| December 19, 2025 | Attachment: written preliminary findings | 2026-006512-2026-006513 | #6301.1 |
| December 22, 2025 | PHMSA Approval of Restart Plans | 2026-006514-2026-006515 | Approval of Sable Restart Plans |
| December 23, 2025 | Email with information about CA-325B1 | 2026-006516-2026-006518 | #1811.1_Redacted |
| December 23, 2025 | Email with information about MOP for CA-324 and attaching spreadsheet about Plains L901, May 6 hydrotest notification, and Baker Hughes report | 2026-006519-2026-006520 | #1812.1 |
| December 23, 2025 | Attachment: Spreadsheet about Plains L901 | 2026-006521-2026-006610 | #6471.1 [REDACTED] |
| December 23, 2025 | Attachment: May 6 hydrotest notification | 2026-006611-2026-006613 | #6478.1 [REDACTED] |
| December 23, 2025 | Attachment: Baker Hughes report | 2026-006614-2026-006771 | #6487.1 [REDACTED] |
| December 23, 2025 | Email attaching: ILI spreadsheet; May 21 notification of pressure test; March 20 notification of pressure test; and ILI spreadsheet | 2026-006772-2026-006774 | #1870.1[REDACTED] |
| December 23, 2025 | Attachment: ILI spreadsheet | 2026-006775-2026-007140 | #6554.1 [REDACTED] |
| December 23, 2025 | Attachment: May 21 notification of pressure test | 2026-007141-2026-007143 | #6556.1 [REDACTED] |
| December 23, 2025 | Attachment: March 20 notification of pressure test | 2026-007144-2026-007146 | #6565.1 [REDACTED] |

| | | | |
|---|---|---|---|
| December 23, 2025 | Attachment: ILI spreadsheet | 2026-007147-2026-007512 | #6574.1 [REDACTED] |
| | Pacific Pipeline Company Documented Fulfillment of Restart | 2026-007513-2026-007514 | CD Restart Plan documentation |
| | Gaviota Valve Line-Up Sheet and Flow Diagram | 2026-007515-2026-007516 | Gaviota Lineup Sheet Flow Diagram - REDACTED |
| | Gaviota P&IDs | 2026-007517-2026-007525 | GAVIOTA-PIDS-081625-RECORD-COLOR - REDACTED |
| | Las Flores P&IDs | 2026-007526-2026-007534 | LAS_FLORES-PIDS-072525-RECORD-COLOR – REDACTED |
| | Las Flores Valve Line-Up Sheet and Flow Diagram | 2026-007535-2026-007536 | LFC Lineup Sheet Flow Diagram - REDACTED |
| | Pentland P&IDs | 2026-007537-2026-007546 | PENTLAND-PIDS-080225-PRELIMINARY-BW - REDACTED |
| | Pentland Valve Line-Up Sheet and Flow Diagram | 2026-007547-2026-007548 | Pentland_Lineup Sheet Flow Diagram - REDACTED |
| | Sisquoc Valve Line-Up Sheet and Flow Diagram | 2026-007549-2026-007550 | Sisquoc Lineup Sheet Flow Diagram - REDACTED |
| | Sisquoc P&IDs | 2026-007551-2026-007558 | SISQUOC-PIDS-072525-RECORD-COLOR - REDACTED |
| | USPL 24-10 | 2026-007559-2026-007562 | US Pipeline 24-10 Sable Offshore – OQ Spreadsheet - REDACTED |
| | ISNetworld OQ Report | 2026-007563 | Brown OQ Report 2023 - REDACTED |
| | PPC Valve 460 Statement for CD | 2026-007564 | PPC Valve 460 statement for CD – REDACTED |
| | Line Pipe Preventative and Mitigative Measures Form | 2026-007565-2026-007570 | P&MM Spreadsheet 2025 – REDACTED (1) |
| | ILI Work Order #103 | 2026-007571-2026-007594 | Sable TaskOp – ILI Work Order #103 56868.13 - REDACTED |
| | ILI Work Order #161 | 2026-007595-2026-007613 | Sable TaskOp – ILI Work Order #161 - REDACTED |

## II. SPECIAL PERMIT PHMSA-2026-0464, FEDERAL REGISTER DOCKET

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | DOC ID | WEBLINK |
|---|---|---|---|
| January 22, 2026 | Application for Special Permit | PHMSA-2026-0464-0003 | https://www.regulations.gov/document/PHMSA-2026-0464-0003 |

| | | | |
|---|---|---|---|
| February 13, 2026 | Letter from Sable to PHMSA | PHMSA-2026-0464-0001 | https://www.regulations.gov/document/PHMSA-2026-0464-0001 |
| February 20, 2026 | Draft Special Permit | PHMSA-2026-0464-0002 | https://www.regulations.gov/document/PHMSA-2026-0464-0002 |
| February 20, 2026 | Emergency Consultation Letter | PHMSA-2026-0464-0004 | https://www.regulations.gov/document/PHMSA-2026-0464-0004 |
| February 20, 2026 | Environmental Assessment | PHMSA-2026-0464-0005 | https://www.regulations.gov/document/PHMSA-2026-0464-0005 |
| February 24, 2026 | Notice of Request for Special Permit; Sable Offshore Corp. | PHMSA-2026-0464-0006 | https://www.regulations.gov/document/PHMSA-2026-0464-0006 |
| February 24, 2026 | Comment from Anonymous | PHMSA-2026-0464-0007 | https://www.regulations.gov/comment/PHMSA-2026-0464-0007 |
| February 24, 2026 | Comment from Myron Emery | PHMSA-2026-0464-0008 | https://www.regulations.gov/comment/PHMSA-2026-0464-0008 |
| February 24, 2026 | Comment from Anonymous | PHMSA-2026-0464-0009 | https://www.regulations.gov/comment/PHMSA-2026-0464-0009 |
| February 24, 2026 | Comment from Jim K | PHMSA-2026-0464-0010 | https://www.regulations.gov/comment/PHMSA-2026-0464-0010 |
| February 24, 2026 | Comment from Percy Lormand | PHMSA-2026-0464-0011 | https://www.regulations.gov/comment/PHMSA-2026-0464-0011 |
| February 25, 2026 | Comment from Justin Beghly | PHMSA-2026-0464-0012 | https://www.regulations.gov/comment/PHMSA-2026-0464-0012 |
| February 25, 2026 | Comment from Anonymous | PHMSA-2026-0464-0013 | https://www.regulations.gov/comment/PHMSA-2026-0464-0013 |
| February 26, 2026 | Comment from Mauro Afonso | PHMSA-2026-0464-0014 | https://www.regulations.gov/comment/PHMSA-2026-0464-0014 |
| February 26, 2026 | Comment from Anonymous | PHMSA-2026-0464-0015 | https://www.regulations.gov/comment/PHMSA-2026-0464-0015 |
| February 26, 2026 | Comment from Concerned Citizen | PHMSA-2026-0464-0016 | https://www.regulations.gov/comment/PHMSA-2026-0464-0016 |
| February 26, 2026 | Comment from Concerned Citizen | PHMSA-2026-0464-0017 | https://www.regulations.gov/comment/PHMSA-2026-0464-0017 |

| | | | |
|---|---|---|---|
| February 26, 2026 | Comment from Anonymous | PHMSA-2026-0464-0018 | https://www.regulations.gov/comment/PHMSA-2026-0464-0018 |
| February 26, 2026 | Comment from Anonymous | PHMSA-2026-0464-0019 | https://www.regulations.gov/comment/PHMSA-2026-0464-0019 |
| February 26, 2026 | Comment from Anonymous | PHMSA-2026-0464-0020 | https://www.regulations.gov/comment/PHMSA-2026-0464-0020 |
| February 27, 2026 | Comment from Anonymous | PHMSA-2026-0464-0021 | https://www.regulations.gov/comment/PHMSA-2026-0464-0021 |
| February 27, 2026 | Comment from Thomas Loy | PHMSA-2026-0464-0022 | https://www.regulations.gov/comment/PHMSA-2026-0464-0022 |
| March 2, 2026 | Comment from Anonymous | PHMSA-2026-0464-0023 | https://www.regulations.gov/comment/PHMSA-2026-0464-0023 |
| March 4, 2026 | Comment from Pacific West Dimensional LLC | PHMSA-2026-0464-0024 | https://www.regulations.gov/comment/PHMSA-2026-0464-0024 |
| March 5, 2026 | Comment from Anonymous | PHMSA-2026-0464-0025 | https://www.regulations.gov/comment/PHMSA-2026-0464-0025 |
| March 6, 2026 | Comment from Mamala Antenore | PHMSA-2026-0464-0026 | https://www.regulations.gov/comment/PHMSA-2026-0464-0026 |
| March 6, 2026 | Comment from Jake Cosmo | PHMSA-2026-0464-0027 | https://www.regulations.gov/comment/PHMSA-2026-0464-0027 |
| March 6, 2026 | Comment from Jacques Rebibo | PHMSA-2026-0464-0028 | https://www.regulations.gov/comment/PHMSA-2026-0464-0028 |
| March 6, 2026 | Comment from Jennifer Reinish | PHMSA-2026-0464-0029 | https://www.regulations.gov/comment/PHMSA-2026-0464-0029 |
| March 7, 2026 | Comment from Michelle Rainville | PHMSA-2026-0464-0030 | https://www.regulations.gov/comment/PHMSA-2026-0464-0030 |
| March 7, 2026 | Comment from Rebecca W | PHMSA-2026-0464-0031 | https://www.regulations.gov/comment/PHMSA-2026-0464-0031 |
| March 9, 2026 | Comment from Bill Woodbridge | PHMSA-2026-0464-0032 | https://www.regulations.gov/comment/PHMSA-2026-0464-0032 |
| March 10, 2026 | Comment from Patriotic Citizen | PHMSA-2026-0464-0033 | https://www.regulations.gov/comment/PHMSA-2026-0464-0033 |

| | | | |
|---|---|---|---|
| March 11, 2026 | Comment from Kyle Fischler | PHMSA-2026-0464-0034 | https://www.regulations.gov/comment/PHMSA-2026-0464-0034 |
| March 11, 2026 | Comment from Miguel Pinho | PHMSA-2026-0464-0035 | https://www.regulations.gov/comment/PHMSA-2026-0464-0035 |
| March 11, 2026 | Comment from Tiago Simoes | PHMSA-2026-0464-0036 | https://www.regulations.gov/comment/PHMSA-2026-0464-0036 |
| March 11, 2026 | Comment from Michael Anthony | PHMSA-2026-0464-0037 | https://www.regulations.gov/comment/PHMSA-2026-0464-0037 |
| March 13, 2026 | Comment from Bill Hickman | PHMSA-2026-0464-0038 | https://www.regulations.gov/comment/PHMSA-2026-0464-0038 |
| March 16, 2026 | Comment from concerned citizen Santa Barbara | PHMSA-2026-0464-0039 | https://www.regulations.gov/comment/PHMSA-2026-0464-0039 |
| March 19, 2026 | Comment from T. Becker Power Systems | PHMSA-2026-0464-0042 | https://www.regulations.gov/comment/PHMSA-2026-0464-0042 |
| March 20, 2026 | Notice of Request for Special Permit; Sable Offshore Corp. | PHMSA-2026-0464-0040 | https://www.regulations.gov/document/PHMSA-2026-0464-0040 |
| March 20, 2026 | Comment from Zeinab Baydoun | PHMSA-2026-0464-0041 | https://www.regulations.gov/comment/PHMSA-2026-0464-0041 |
| March 24, 2026 | Comment from Heal the Ocean | PHMSA-2026-0464-0048 | https://www.regulations.gov/comment/PHMSA-2026-0464-0048 |
| March 26, 2026 | Comment from 12,592 Center for Biological Diversity supporters | PHMSA-2026-0464-0050 | https://www.regulations.gov/comment/PHMSA-2026-0464-0050 |
| March 27, 2026 | Comment from Anonymous | PHMSA-2026-0464-0051 | https://www.regulations.gov/comment/PHMSA-2026-0464-0051 |
| March 27, 2026 | Comment from California Department of Forestry and Fire Protection/Office of the State Fire Marshal | PHMSA-2026-0464-0052 | https://www.regulations.gov/comment/PHMSA-2026-0464-0052 |
| March 26, 2026 | Comment from Christopher Lish | PHMSA-2026-0464-0049 | https://www.regulations.gov/comment/PHMSA-2026-0464-0049 |
| April 1, 2026 | Comment from Mauro Afonso | PHMSA-2026-0464-0053 | https://www.regulations.gov/comment/PHMSA-2026-0464-0053 |
| April 1, 2026 | Comment from Michael Micas | PHMSA-2026-0464-0054 | https://www.regulations.gov/comment/PHMSA-2026-0464-0054 |

| | | | |
|---|---|---|---|
| April 1, 2026 | Comment from Tiago Simões | PHMSA-2026-0464-0055 | https://www.regulations.gov/comment/PHMSA-2026-0464-0055 |
| April 1, 2026 | Comment from Miguel Pinho | PHMSA-2026-0464-0056 | https://www.regulations.gov/comment/PHMSA-2026-0464-0056 |
| April 1, 2026 | Comment from George Santos | PHMSA-2026-0464-0057 | https://www.regulations.gov/comment/PHMSA-2026-0464-0057 |
| April 3, 2026 | Comment from Environmental Defense Center, Center for Biological Diversity, et al. | PHMSA-2026-0464-0058 | https://www.regulations.gov/comment/PHMSA-2026-0464-0058 |
| April 3, 2026 | Comment from Environmental Defense Fund | PHMSA-2026-0464-0059 | https://www.regulations.gov/comment/PHMSA-2026-0464-0059 |
| April 3, 2026 | Comment from California Department of Justice | PHMSA-2026-0464-0060 | https://www.regulations.gov/comment/PHMSA-2026-0464-0060 |
| April 3, 2026 | Comment from California Department of Justice | PHMSA-2026-0464-0061 | https://www.regulations.gov/comment/PHMSA-2026-0464-0061 |
| April 3, 2026 | Comment from California Department of Justice | PHMSA-2026-0464-0062 | https://www.regulations.gov/comment/PHMSA-2026-0464-0062 |
| April 3, 2026 | Comment from Lawrence Hunt | PHMSA-2026-0464-0063 | https://www.regulations.gov/comment/PHMSA-2026-0464-0063 |
| April 3, 2026 | Comment from 12,718 Center for Biological Diversity supporters | PHMSA-2026-0464-0064 | https://www.regulations.gov/comment/PHMSA-2026-0464-0064 |
| April 3, 2026 | Comment from Pipeline Safety Trust | PHMSA-2026-0464-0065 | https://www.regulations.gov/comment/PHMSA-2026-0464-0065 |
| April 3, 2026 | Comment from Center for Biological Diversity | PHMSA-2026-0464-0066 | https://www.regulations.gov/comment/PHMSA-2026-0464-0066 |
| April 3, 2026 | Comment from Sable Offshore Corp. | PHMSA-2026-0464-0067 | https://www.regulations.gov/comment/PHMSA-2026-0464-0067 |
| April 3, 2026 | Comment from Clayton Bodell | PHMSA-2026-0464-0068 | https://www.regulations.gov/comment/PHMSA-2026-0464-0068 |
| June 25, 2026 | Special Permit Analysis and Findings | PHMSA-2026-0464-0074 | https://www.regulations.gov/document/PHMSA-2026-0464-0074 |
| June 25, 2026 | Letter from PHMSA to Sable | PHMSA-2026-0464-0075 | https://www.regulations.gov/document/PHMSA-2026-0464-0075 |

| | | | |
|---|---|---|---|
| June 25, 2026 | Special Permit | PHMSA-2026-0464-0076 | https://www.regulations.gov/document/PHMSA-2026-0464-0076 |
| June 25, 2026 | Jurisdictional Determination in Support of Special Permit | PHMSA-2026-0464-0077 | https://www.regulations.gov/document/PHMSA-2026-0464-0077 |
| June 25, 2026 | Finding of No Significant Impact | PHMSA-2026-0464-0078 | https://www.regulations.gov/document/PHMSA-2026-0464-0078 |

## III. SPECIAL PERMIT PHMSA-2026-0464

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBER | FILE NAME |
|---|---|---|---|
| 1989 | Piping and Instrumentation Diagram for Las Flores Canyon facility Transportation Terminal | 2026-007614-2026-007642 | LFC TT PIDs (2) – CONFIDENTAIL - REDACTED |
| May 25, 1991 | Santa Ynez Unit Simplified Block Flow Valve Diagram | 2026-007643 | Offshore Platform Block Flow Diagram – CONFIDENTIAL_Redacted |
| June 15, 1991 | Santa Ynez Unit Process Descriptions | 2026-007644-2026-007692 | Offshore Platform Process Description – CONFIDENTIAL - REDACTED |
| September 15, 1991 | Las Flores Canyon facility Process Descriptions | 2026-007693-2026-007697 | Onshore 1.2 - Overview (09-15-91) - CONFIDENTIAL - REDACTED |
| September 15, 1991 | Crude Heat Exchange and Dehydration Process Descriptions | 2026-007698-2026-007744 | Onshore 6.3 - OTP Crude Heat Exchange Dehydration ( 09-15-91) – CONFIDENTIAL - REDACTED |
| 2014 | Piping and Instrumentation Diagram for Las Flores Canyon facility Oil Treating Plant | 2026-007745-2026-007845 | LFC OTP PIDs (4) – CONFIDENTIAL - REDACTED |
| May 13, 2024 | Sable Offshore Liquid Operations & Maintenance Manual Revision 1 | 2026-007846-2023-008321 | SOCLIQ~1 - REDACTED |
| July 12, 2024 | Pacific Pipeline Company In Service Welding Procedure Specification | 2026-008322-2026-008325 | CPBW-323B-In_service-Sable - REDACTED |
| October 2024 | Sable Offshore Damage Prevention Plan Version 2 | 2026-008326-2026-008354 | SOCDAM~1_Redacted |
| November 4, 2024 | OSFM Inspection Scheduling Email | 2026-008355 | #522.1 |
| November 5, 2024 | OSFM Inspection Scheduling Email | 2026-008356 | #514.1 |
| November 8, 2024 | OSFM Inspection Planning Email | 2026-008357 | #523.1 |

| | | | |
|---|---|---|---|
| November 25, 2024 | October 29, 2024 OSFM Inspection Findings Email | 2026-008358 | #504.1 |
| November 25, 2024 | October 29, 2024 OSFM Inspection Findings Email | 2026-008359 | #531.1 |
| December 5, 2024 | OSFM Inspection Planning Email | 2026-008360 | #521.1 |
| December 16, 2024 | OSFM Inspection Scheduling Email | 2026-008361 | #517.1 |
| December 16, 2024 | OSFM Standard Annual Operating Inspection 2024 Agenda | 2026-008362-2026-008366 | #516.1 |
| December 19, 2024 | December 17, 2024 OSFM Inspection Findings Email | 2026-008367 | #524.1 |
| December 19, 2024 | December 17, 2024 OSFM Inspection Findings Email Internal | 2026-008368 | #525.1 |
| February 20, 2025 | OSFM Inspection Questionnaire | 2026-008369-2026-008381 | SABLEO_1 |
| February 20, 2025 | OSFM Inspection Questionnaire | 2026-008382-2026-008409 | #528.1 |
| May 22, 2025 | May 21, 2025 OSFM Inspection Findings Email | 2026-008410 | #541.1 |
| July 24, 2025 | OSFM Post-Inspection Written Preliminary Findings | 2026-008411-2026-008415 | #519.1 |
| August 2, 2025 | Piping and Instrumentation Diagram for Pentland Terminal | 2026-008416-2026-008425 | PENTLAND-PIDS-012226-COLOR – CONFIDENTIAL – REDACTED |
| August 5, 2025 | May 28, 2025 OSFM Inspection Findings Email | 2026-008426 | #506.1 |
| August 19, 2025 | OSFM Control Room Management – Procedure and Records Questionnaire | 2026-008427-2026-008432 | #535.1 |
| August 21, 2025 | OSFM Inspection Planning Email | 2026-008433 | #526.1 |
| August 21, 2025 | OSFM Inspection Questionnaire | 2026-008434-2026-008444 | #530.1 |
| August 21, 2025 | OSFM Inspection Questionnaire | 2026-008445-2026-008446 | #532.1 |
| September 2, 2025 | August 22, 2025 OSFM Inspection Findings Internal Email | 2026-008447 | #509.1 |
| September 2, 2025 | August 22, 2025 OSFM Inspection Findings Email | 2026-008448 | #510.1 |
| September 2, 2025 | August 22, 2025 OSFM Inspection Findings Email Response | 2026-008449 | #512.1 |
| September 15, 2025 | OSFM Post-Inspection Written Preliminary Findings | 2026-008450 | #544.1 |
| September 16, 2025 | September 8, 2025 OSFM Inspection Findings Email | 2026-008451 | #533.1 |

| | | | |
|---|---|---|---|
| October 1, 2025 | September 8, 2025 OSFM Inspection Findings Email | 2026-008452 | #537.1 |
| October 17, 2025 | Corrosion Growth Rate Analysis Procedure for Line 324, 325A, and 325B | 2026-008453-2026-008458 | Draft CGRA D2 SOC Oct 2025 - REDACTED |
| October 23, 2025 | December 13, 2024 OSFM Inspection Findings Email | 2026-008459 | #527.1 |
| November 3, 2025 | OSFM Inspection Questionnaire | 2026-008460-2026-008462 | #520.1 |
| November 21, 2025 | November 18, 2025 OSFM Inspection Findings Email | 2026-008463 | #508.1 |
| November 21, 2025 | OSFM Inspection Data Request | 2026-008464 | #540.1 |
| November 26, 2025 | Sable Offshore Annual CTS Data Report 2025 | 2026-008465-2026-008490 | Condition 21f - Sable Offshore 2025 Annual CTS Data Report Rev.2 - REDACTED |
| December 1, 2025 | October 10, 2025 OSFM Inspection Findings Email | 2026-008491 | #536.1 |
| December 4, 2025 | November 19, 2025 OSFM Inspection Data Request | 2026-008492 | #511.1 |
| December 5, 2025 | November 20, 2025 OSFM Inspection Findings Email | 2026-008493 | #505.1 |
| February 10, 2026 | PHMSA Special Permit Data Request | 2026-008494-2026-008497 | #515.1 |
| February 20, 2026 | KMZ map of the Las Flores Pipeline System | 2026-008498 | Las Flores Pipeline System R3 |
| March 14, 2026 | Line Fill Progress | 2026-008499 | #610.1_Redacted |
| March 15, 2026 | Line Fill Progress | 2026-008500 | #611.1_Redacted |
| March 15, 2026 | Line Fill Stand-up Pressure Test | 2026-008501 | #359.1_Redacted |
| March 15, 2026 | Line Fill Stand-up Pressure Test | 2026-008502 | #360.1_Redacted |
| March 15, 2026 | Standup Pressure Test | 2026-008503 | #363.1_Redacted |
| March 15, 2026 | Standup Pressure Test | 2026-008504 | #364.1_Redacted |
| March 16, 2026 | Line Fill Progress | 2026-008505 | #371.1_Redacted |
| March 17, 2026 | Line Fill Progress | 2026-008506 | #612.1_Redacted |
| March 18, 2026 | Line Fill Progress | 2026-008507 | #375.1_Redacted |
| March 19, 2026 | Lines 324, 325A, and 325B Fracture Testing Report Version 2 | 2026-008508-2026-009184 | Sable Lines 324, 325A, and 325B Fracture Testing Final Report V2 - REDACTED |
| March 19, 2026 | Line Fill Stand-up Pressure Test | 2026-009185 | #361.1_Redacted |
| March 19, 2026 | Line Fill Stand-up Pressure Test | 2026-009186 | #362.1_Redacted |
| March 19, 2026 | Standup Pressure Test | 2026-009187 | #365.1_Redacted |
| March 19, 2026 | Standup Pressure Test | 2026-009188 | #366.1_Redacted |
| March 19, 2026 | Line Fill Progress | 2026-009189 | #613.1_Redacted |
| March 20, 2026 | Line Fill Progress | 2026-009190 | #614.1_Redacted |
| March 21, 2026 | Line Fill Progress | 2026-009191 | #71.1_Redacted |
| March 22, 2026 | Line Fill Progress | 2026-009192 | #383.1_Redacted |

| | | | |
|---|---|---|---|
| March 23, 2026 | Line Fill Progress | 2026-009193 | #615.1_Redacted |
| March 23, 2026 | Email from T. Nguyen to P. Surmeier | 2026-009194 | #1.1 |
| March 23, 2026 | Email Attachment 1 | 2026-009195 | #5.1 |
| March 23, 2026 | Email Attachment 2 | 2026-009196 | #6.1 |
| March 23, 2026 | Email Attachment 3 | 2026-009197 | #8.1 |
| March 23, 2026 | Email Attachment 4 | 2026-009198 | #9.1 |
| March 24, 2026 | Line Fill Progress | 2026-009199 | #79.1_Redacted |
| March 24, 2026 | Emails between F. Pirok and L. Yearwood | 2026-009200-2026-009202 | #175.1 |
| March 25, 2026 | Line Fill Progress | 2026-009203 | #385.1_Redacted |
| March 25, 2026 | Emails between F. Pirok and L. Yearwood | 2026-009204-2026-009207 | #204.1 |
| March 26, 2025 | Line Fill Progress | 2026-009208 | #80.1_Redacted |
| March 27, 2026 | Line Fill Progress | 2026-009209 | #386.1_Redacted |
| March 28, 2026 | Line Fill Progress | 2026-009210 | #387.1_Redacted |
| March 28, 2026 | Standup Pressure Test | 2026-009211 | #35.1_Redacted |
| March 28, 2026 | Standup Pressure Test | 2026-009212 | #30.1_Redacted |
| March 29, 2026 | Line Fill Progress | 2026-009213 | #83.1_Redacted |
| March 29, 2026 | Standup Pressure Test | 2026-009214 | #367.1_Redacted |
| March 30, 2026 | Emails between F. Pirok and L. Yearwood | 2026-009215-2026-009217 | #183.1 |
| March 31, 2026 | Bi-Annual Report | 2026-009218-2026-009222 | #617.1 |
| April 23, 2026 | Status Update and Proposed ILI Survey Schedule Letter | 2026-009223-2026-009225 | 4-23-26 Sable Ltr to PHMSA re ILIs 4-23-26 |
| May 6, 2026 | Request for Recognition of D2 Integrity as Authorized Consultant | 2026-009226 | #72.1 |
| May 6, 2026 | Emergency Special Permit Notification of Assessment Plan Description | 2026-009227-2026-009229 | #60.1 |
| May 7, 2026 | Emails between G. St. Pierre and L. Yearwood | 2026-009230-2026-009232 | #39.1 |
| May 8, 2026 | Approval of Sable Offshore Corp's Emergency Special Permit for Lines CA-324 and CA-325 | 2026-009233-2026-009234 | #38.1 |
| May 27, 2026 | Term Purchase Agreement for Sable Offshore corp | 2026-009235-2026-009238 | SABLE26TP0003-0 - CVX Contract CVX0 - CONFIDENTIAL - REDACTED.pdf |
| June 23, 2026 | Sable Preliminary ILI Reports Email | 2026-009239 | 6-23-26 communication USDOT Mail - Preliminary ILI reports |
| June 23, 2026 | Line 324 Uccx ILI Preliminary Letter | 2026-009240 | 6-23-26 attachment SAOLG26U10-PreliminaryLetter |

| | | | |
|---|---|---|---|
| June 23, 2026 | Line 324 Umx ILI Preliminary Letter | 2026-009241 | 6-23-26 attachment SAOLG26W0_PreliminaryReport_Letter |
| June 25, 2026 | Memorandum to File from Dustin Hubbard, Western Region Director, Office of Pipeline Safety | 2026-009242-2026-009243 | Memorandum to File (Sable) |
| June 30, 2026 | Hydrotest Notification Letter | 2026-009244-2026-009245 | 6-30-26 - REDACTED |
| June 30, 2026 | Hydrotest Piping Isometric Drawing | 2026-009246 | 6-30-26 SISQ-PS-0X03-RECEIVER-BYPASS - REDACTED |

## IV. FINDING OF NO SIGNIFICANT IMPACT (FONSI)

| DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT | BATES NUMBER | FILE NAME |
|---|---|---|---|
| August 1984 | Draft Environmental Impact Report: Proposed Celeron / All American and Getty Pipeline Projects | 2026-009247-2026-009979 | Draft EIR All American PL_DRAFT 08-1984 |
| January 1985 | Final Environmental Impact Report: Proposed Celeron / All American and Getty Pipeline Projects | 2026-009980-2026-010579 | Final EIR 3 All American PL_Final 01-1985 |
| December 15, 2003 | Environmental Assessment for Final Rule: Pipeline Integrity Management for High Consequence Areas for Hazardous Liquid Pipeline Operators Operating Less than 500 Miles of Pipeline | 2026-010580-2026-010638 | Appendix A_PHMSA-RSPA-2000-7408-0034 |
| November 2020 | Journal of Petroleum Science and Engineering: Acoustic Detection and Tracking of a Pipeline Inspection Gauge | 2026-010639-2026-010660 | PETROL20045_R1 (1) |
| 2026 | California State and Federal Listed Species Master List | 2026-010661-2026-010662 | Sable EA_California State and Federal Listed Species Master List |
| 2026 | Essential Fish Habitat Mapper Report | 2026-010663-2026-010664 | Sable EA Coastline EFH Map |
| 2026 | PHMSA Special Permit, Sable Offshore Corp, Permit Segments Map | 2026-010665-2026-010704 | Sable Maps |
| January 2026 | State and Federally Listed Endangered, Threatened, and Rare Plants of California | 2026-010705-2026-010730 | Full_CNDDB_Endangered_Threatened_and_Rare_Plants_List |

| | | | |
|---|---|---|---|
| February 2026 | State and Federally Listed Endangered and Threatened Animals in California | 2026-010731-2026-010767 | Full_CNDDB_Endangered_and_Threatened_Animals_List |
| February 17, 2026 | IPaC Resource List | 2026-010768-2026-010776 | Sable IPaC_ Explore Location resources |
| February 19, 2026 | Fish and Wildlife Service Threatened and Endangered Species List | 2026-010777-2026-010801 | Species List_Ventura Fish And Wildlife Office |
| February 20, 2026 | U.S. Fish and Wildlife Service General Project Design Guidelines | 2026-010802-2026-010932 | FWS General Design Guidelines |
| February 20, 2026 | Fish and Wildlife Service Emergency Consultation Letter | 2026-010933-2026-010934 | Emergency Consultation Request Letter |
| February 26, 2026 | PHMSA Fish and Wildlife Service Consultation Request | 2026-010935-2026-010948 | Sable Section 7 Programmatic NLAA__02.26.2026_emergency consult auto response |
| April 13, 2026 | Records Request: PHMSA Pipeline Emergency Special Permit, Sable Offshore Corp | 2026-010949 | CA Records Request Letter |
| June 11, 2026 | PHMSA Amended Fish and Wildlife Service Consultation Request | 2026-010950-2026-010952 | Sable Informal Consultation Request_signed1 |
| June 11, 2026 | Fish and Wildlife Service Consultation Response | 2026-010953-2026-010955 | Sable Section 7 Consultation Response (CA-324 and CA-325) (Project Code 2026-0052036) |