UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al.,<br><br>Petitioners,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,<br><br>Respondent,<br><br>---------------------------------------<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>Intervenors. | No. 25-8059<br><br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board<br><br>ORDER |
| STATE OF CALIFORNIA,<br><br>Petitioner,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,<br><br>Respondents,<br><br>--------------------------------------- | No. 26-508<br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board |

PACIFIC PIPELINE COMPANY and SABLE OFFSHORE CORP.,

Intervenors.

STATE OF CALIFORNIA,

Petitioner,

v.

PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,

Respondents.

No. 26-4629
Agency No. 2026-0464
Department of Transportation, National Transportation Safety Board

Before: PAEZ, TALLMAN, and BENNETT, Circuit Judges.

A video status conference is set for October 5, 2026, at 1:30 p.m. Pacific Time. Zoom information will follow.

IT IS SO ORDERED.