**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

ENVIRONMENTAL
DEFENSE CENTER, et al.,

*Petitioners*,

v.

U.S. DEPARTMENT OF
TRANSPORTATION, et al.,

*Respondents*,

and

SABLE OFFSHORE CORP., et al.,

*Respondent-Intervenors*.

Nos. 25-8059, 26-508, 26-4629

**THIRD JOINT MOTION FOR A PROTECTIVE ORDER**

Petitioners the State of California, Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Santa Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation; Respondents U.S. Department of Transportation, Sean Duffy, Pipeline and Hazardous Materials Safety Administration, and Paul Roberti; and Respondent-Intervenors Sable Offshore Corp. and Pacific Pipeline Company, jointly move the Court to enter a stipulated protective order governing the production and use of Protected Information in Case No. 26-4629, which has been consolidated with Case

Nos. 25-8059 and 26-508 (together, the "Consolidated Actions"). The stipulated protective order is attached to this motion as **Exhibit 1**.

An order from this Court directing that the stipulated protective order shall apply to the covered documents will facilitate the timely production by the Pipeline and Hazardous Materials Safety Administration ("PHMSA") of the covered documents.

On May 26, 2026, this Court entered a stipulated Protective Order covering two redacted documents in the Administrative Record submitted in Case Nos. 25-8059 and 26-508. *See* Dkt. No. 95. On June 1, 2026, this Court entered a replacement stipulated Protective Order covering all remaining redacted materials in that Administrative Record. *See* Dkt. 108.

On July 21, 2026, the State of California filed a petition for review, docketed as Case No. 26-4629, challenging PHMSA's June 25, 2026 Special Permit and associated jurisdictional determination. The Consolidated Actions were consolidated by Order dated August 11, 2026. *See* Dkt. No. 145.

On August 31, 2026, PHMSA filed the Certified Index to the Administrative Record for Case No. 26-4629, ECF No. 157.1. Certain documents identified in that Certified Index contain redacted or otherwise protected material. The parties now jointly request that the Court enter the attached stipulated protective order to govern the production and use of that Protected Information.

The attached stipulated protective order does not supersede, replace, or diminish the protective orders previously entered in these Consolidated Actions. Its protections are cumulative of, and additional to, those provided by any existing order, and it covers the redacted portions of the documents identified in the Certified Index to the Administrative Record for Case No. 26-4629, as well as any future amendments, supplements, or additions to that Administrative Record.

Neither the present motion nor the stipulated protective order seeks a decision by this Court about whether any particular document actually is or contains protected information. The stipulated protective order instead limits the use of designated Protected Information and further provides that, if and to the extent that Petitioners disagree with a designation of Protected Information, they may challenge such designation(s) through a motion.

Accordingly, the parties respectfully request that the Court grant this joint motion and enter an order providing that the stipulated protective order attached as **Exhibit 1** shall apply in the Consolidated Actions.

Respectfully submitted and stipulated this 17th day of September, 2026.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

/s/*Nicholas McDaniel*
Nicholas McDaniel
Lucille E. Wiesner
BABST CALLAND CLEMENTS
AND ZOMNIR, P.C.
505 9th St., NW, Suite 602
Washington, DC 20004
(202) 853-3455

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5525

James W. Noe
Rafe Petersen
Ashley Akers
HOLLAND & KNIGHT LLP
800 17th St., NW, Suite 1100
Washington, DC 20006
(202) 469-5525

*Counsel for Respondent-Intervenors Sable Offshore Corp. and Pacific Pipeline Company*

/s/ *Julie Teel Simmonds*
Julie Teel Simmonds
David Pettit
Talia Nimmer
CENTER FOR BIOLOGICAL
DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
(510) 844-7100

*Counsel for Petitioners Center for Biological Diversity and Wishtoyo Foundation*

/s/ *Linda Krop*
Linda Krop
ENVIRONMENTAL DEFENSE
CENTER
906 Garden Street
Santa Barbara, CA 93101
(805) 963-1622

*Counsel for Petitioners Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

/s/ *Matthew R. Oakes*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
REBECCA JAFFE
MATTHEW R. OAKES
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402

*Counsel for Federal Respondents*

/s/ *Mitchell Rishe*
MYUNG PARK
VANESSA C. MORRISON
Supervising Deputy Attorneys General
MICHAEL DORSI
MATTHEW BULLOCK
MITCHELL RISHE
RAFAEL J. HURTADO
REBECCA HUNTER
Deputy Attorneys General
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3802

*Counsel for Petitioner the State of California*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system, which will send notice of such filing to counsel for all parties in the case.

Respectfully submitted,

Dated: September 17, 2026

*/s/Nicholas McDaniel*
Nicholas McDaniel

*Attorney for Respondent-Intervenors Sable Offshore Corp. and Pacific Pipeline Company*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the length limitation of Circuit Rule 27-1(1)(d) because it does not exceed 5,200 words. I further certify that this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Respectfully submitted,

Dated: September 17, 2026

*/s/Nicholas McDaniel*
Nicholas McDaniel

*Attorney for Respondent-Intervenors Sable Offshore Corp. and Pacific Pipeline Company*