UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER; et al.,<br><br>Petitioners,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,<br><br>Respondent,<br><br>---------------------------------------<br><br>SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,<br><br>Intervenors. | No. 25-8059<br><br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board<br><br>STATUS CONFERENCE AGENDA |
| STATE OF CALIFORNIA,<br><br>Petitioner,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,<br><br>Respondents,<br><br>--------------------------------------- | No. 26-508<br>Agency No. 2025-1502<br>Department of Transportation, National Transportation Safety Board |

PACIFIC PIPELINE COMPANY and SABLE OFFSHORE CORP.,

Intervenors.

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>Petitioner,<br><br>v.<br><br>PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; et al.,<br><br>Respondents. | No. 26-4629<br>Agency No. 2026-0464<br>Department of Transportation, National Transportation Safety Board |
| ENVIRONMENTAL DEFENSE CENTER; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; et al.,<br><br>Respondents. | No. 26-6190<br><br>Agency No. 2026-0464<br>Department of Transportation, National Transportation Safety Board |

Before: PAEZ, TALLMAN, and BENNETT, Circuit Judges.

PLEASE TAKE NOTICE that the following topics will be discussed at the status conference on Monday, October 5, 2026, at 1:30 p.m. (PST):

1. Consolidation of all proceedings

2. Bifurcation of the jurisdictional issue

3. Whether to consolidate briefing and timeline for briefing

4. Mediation

5. Appeal No. 26-5409 (*State of California v. Wright* (filed Aug. 20, 2026))

6. Appointment of a Special Master

7. Identification of related matters pending before other courts or agencies.