Nos. 25-8059, 26-508, 26-4629, 26-6190

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

ENVIRONMENTAL DEFENSE CENTER, et al.,
*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents*,

and

SABLE OFFSHORE CORP., et al.,
*Intervenors*.

---

On Petition for Review of Decisions Issued by the
Pipeline & Hazardous Materials Safety Administration

---

# NGO PETITIONERS' EXCERPTS OF RECORD
# INDEX VOLUME

---

Linda Krop
Jeremy M. Frankel
Margaret M. Hall

Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622
lkrop@environmentaldefensecenter.org
jfrankel@environmentaldefensecenter.org
mhall@environmentaldefensecenter.org

*Attorneys for Petitioners Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

Julie Teel Simmonds
Talia Nimmer

Center for Biological Diversity
2100 Franklin Street, Suite 375
Oakland, CA 94612
Tel: (510) 844-7100
jteelsimmonds@biologicaldiversity.org
tnimmer@biologicaldiversity.org

*Attorneys for Petitioners Center for Biological Diversity and Wishtoyo Foundation*

# INDEX


| Document | Date | ER No. |
|---|---|---|
| **Volume 1 of 4** | | |
| Special Permit | 06/25/2026 | 1-NGO_ER2-2 |
| Jurisdictional Determination in Support of Special Permit | 06/25/2026 | 1-NGO_ER2-17 |
| **Volume 2 of 4** | | |
| Memorandum to File from Dustin Hubbard, Western Region Director, Office of Pipeline Safety re: document review for Jurisdictional Determination | 06/25/2026 | 2-NGO_ER2-38 |
| PHMSA Inspection Output Report, generated for jurisdictional analysis | 12/28/2025 | 2-NGO_ER2-40 |
| PHMSA Interstate Determination | 12/17/2025 | 2-NGO_ER2-43 |
| Email exchange between PHMSA and Sable re: inspection topics | 12/08/2025 | 2-NGO_ER2-46 |
| Email from Sable to PHMSA re: break out tank applicability and annual review of prevention and mitigation measures (P&MM) | 10/24/2025 | 2-NGO_ER2-48 |
| Letter from PHMSA to OSFM stating no objection to State Waiver for pipeline CA-325 | 02/11/2025 | 2-NGO_ER2-49 |
| Letter from PHMSA to OSFM stating no objection to State Waiver for pipeline CA-324 | 02/11/2025 | 2-NGO_ER2-51 |

| Document | Date | ER No. |
|---|---|---|
| OSFM Letter of Decision and State Waiver for pipeline CA-325 | 12/17/2024 | 2-NGO_ER2-53 |
| OSFM Letter of Decision and State Waiver for pipeline CA-324 | 12/17/2024 | 2-NGO_ER2-68 |
| Sable State Waiver applications for pipelines CA-324 and CA-325 | 04/24/2024 | 2-NGO_ER2-83 |
| Santa Barbara County Air Pollution Control District, operating permit for the Las Flores Canyon Oil and Gas Plant (excerpt) | 04/19/2024 | 2-NGO_ER2-110 |
| Letter from Plains All American Pipeline to OSFM re: transfer of assets to Pacific Pipeline Co., with Assumption Agreement | 10/14/2022 | 2-NGO_ER2-115 |
| Refugio Beach Oil Spill Final Damage Assessment and Restoration Plan/ Environmental Assessment (excerpt) | 06/2021 | 2-NGO_ER2-123 |
| Consent Decree, *United States v. Plains All American Pipeline*, No. 2:20-cv-02415 | 03/13/2020 | 2-NGO_ER2-132 |
| **Volume 3 of 4** | | |
| PHMSA Failure Investigation Report re: 2015 Refugio oil spill (excerpt) | 05/2016 | 3-NGO_ER2-235 |
| PHMSA letter to OSFM memorializing understanding on transfer of regulatory oversight of CA-324 and CA-325 | 05/18/2016 | 3-NGO_ER2-256 |
| Santa Ynez Unit Development and Production Plan Update (excerpts) | 05/1985 | 3-NGO_ER2-259 |

| Document | Date | ER No. |
|---|---|---|
| Draft Environmental Impact Statement for Celeron/All American Project (excerpt) | 08/1984 | 3-NGO_ER2-310 |
| Santa Ynez Unit Development and Production Plan (excerpt) | 10/1982 | 3-NGO_ER2-328 |
| Santa Ynez Unit Supplemental Plan of Operations (excerpt) | 1971 | 3-NGO_ER2-349 |
| **Volume 4 of 4 (UNDER SEAL)** | | |
| Term Purchase Agreement | 05/27/2026 | 4-NGO_ER2-367 |
| Las Flores Canyon Oil and Gas Plant process descriptions (1.2) | 09/15/1991 | 4-NGO_ER2-371 |
| Crude heat exchange and dehydration process descriptions (6.3) | 09/15/1991 | 4-NGO_ER2-376 |